JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 666 -- **In re George New and Security National Bank Contract and Securities Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/10/10 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- George New -- SUGGESTED TRANSFEREE DISTRICT: D. NEW MEXICO, SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/10/17 | 2 | RESPONSE/BRIEF -- The Federal Deposit Insurance Corp. w/cert. of svc. (ds) |
| 85/10/18 | | APPEARANCES: JOHN T. PORTER, ESQ. for New Mexico Nat'l Bank (formerly Moncor Bank, N.A., Albuquerque, N.M.; JOHN P. EASTHAM, ESQ. for F.D.I.C. (cds) |
| ~~85/10/22~~ | | ~~BRUCE KEITH, P.C., ESQ. for George L. New (ds)~~ |
| 85/10/22 | | APPEARANCE -- Bruce Keith, Esq. for George L. New (ds) |
| 85/10/23 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on November 21, 1985 in Portland, Oregon (rh) |
| 85/11/07 | 3 | REPLY -- (to pldg. #1) George New -- w/cert. of svc. (rh) |
| 85/11/20 | | WAIVERS OF ORAL ARGUMENT -- ALL PARTIES WAIVED (cds) |
| 85/11/29 | | ORDER DENYING TRANSFER OF LITIGATION -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 666 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re George New and Security National Bank Contract and Secuirities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 21, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 29, 1985 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 11/29/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 666 -- In re George New and Security National Bank Contract and Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Federal Deposit Insurance Corp., etc. v. George New | Tex.,N. Woodward | CA 5-84-224 | | | | |
| A-2 | Moncor Bank, N.A., Albuquerque, New Mexico v. George New, et al. | N.M. Bratton | CIV-84-1894-HB | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 666 -- In re George New and Security National Bank Contract and Securities Litigation

FEDERAL DEPOSIT INSURANCE CORPORATION, ETC. (A-1) (also deft.)
John P. Eastham, Esq.
Kemp, Smith, Duncan & Hammond, P.C.
Post Office Box 1276
Albuquerque, NM 87103

NEW MEXICO NATIONAL BANK (formerly Moncor Bank, N.A., Albuquerque, NM (A-2)
John T. Porter, Esq.
Eaves, Darling, Anderson & Porter, P.A.
2155 Louisiana, N.E., Suite 9100
Albuquerque, NM 87110

GEORGE NEW

Mary E. Stewart, Esq.
Bruce Keith, P.C.
7800 Marble, N.E., Suite 7
Albuquerque, NM 87110

SAMUEL SPIKES (pro se) (No appearance)
Samuel Spikes, Esq.
8212 Ithaca, Suite H
Lubbock, TX 79423

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

161

DOCKET NO. 666 -- In re George New and Security National Bank Contract and Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| George New | A-1, A-2 |
| Federal Deposit Insurance Corp. | A-2 |
| Samuel Spikes | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |