JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 29 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 666

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GEORGE NEW AND SECURITY NATIONAL BANK CONTRACT AND SECURITIES LITIGATION

ORDER DENYING TRANSFER

This litigation consists of two actions pending in two federal districts: one action each in the District of New Mexico and Northern District of Texas. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by George New, the defendant in both actions, to transfer the Texas action to the District of New Mexico for coordinated or consolidated pretrial proceedings with the action pending there. The Federal Deposit Insurance Corporation, the Texas plaintiff, opposes the motion.

On the basis of the papers filed,[1/] the Panel finds that Section 1407 centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). Additionally, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C.§1407, for transfer of the actions listed on Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

Schedule A

<u>MDL-666 -- In re George New and Security National Bank Contract and Securities Litigation</u>

<u>Northern District of Texas</u>

<u>Federal Deposit Insurance Corp., etc. v. George New,</u>
   C.A. No. CA 5-84-224

<u>District of New Mexico</u>

<u>Moncor Bank, N.A., Albuquerque, New Mexico v. George New, et al.,</u>
   C.A. No. CIV-84-1894-HB